IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WRIGHT MEDICAL GROUP, INC.,                                                   PLAINTIFFS
and SURGICAL TECHNOLOGIES, LLC

v.                                NO. 3:10CV00033 JLH

KEVIN DARR; CHARLES HALL; and
MARK STARRING & ASSOCIATES, INC.                                              DEFENDANTS

### ORDER

The parties are directed to file status reports by the close of business on Monday, March 15, 2010, identifying exhibits they intend to introduce, the names of persons who will be called as witnesses, and estimating the length of the preliminary injunction hearing.

IT IS SO ORDERED this 9th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE