IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WRIGHT MEDICAL GROUP, INC., d/b/a
WRIGHT MEDICAL TECHNOLOGY, INC.;
and SURGICAL TECHNOLOGIES, LLC                                    PLAINTIFFS

v.                              No. 3:10CV00033 JLH

KEVIN DARR; CHARLES HALL; and
MARK STARRING & ASSOCIATES, INC.                                  DEFENDANTS

## ORDER

Allen C. Dobson, local counsel for defendant Mark Starring & Associates, Inc., has filed a motion to appear *pro hac vice* on behalf of Thomas J. McGoey II. The motion is GRANTED. Document #10. Thomas J. McGoey II is hereby admitted to appear before this Court *pro hac vice* as co-counsel for Mark Starring & Associates, Inc., in this action.

IT IS SO ORDERED this 11th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE