## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| WRIGHT MEDICAL GROUP, INC., d/b/a<br>WRIGHT MEDICAL TECHNOLOGY, INC.;<br>and SURGICAL TECHNOLOGIES, LLC | PLAINTIFFS |
| v.  No. 3:10CV00033 JLH | |
| KEVIN DARR; CHARLES HALL; and<br>MARK STARRING & ASSOCIATES, INC. | DEFENDANTS |

### ORDER

Allen C. Dobson, local counsel for defendant Mark Starring & Associates, Inc., has filed a motion to appear *pro hac vice* on behalf of Thomas J. McGoey II. The motion is GRANTED. Document #10. Thomas J. McGoey II is hereby admitted to appear before this Court *pro hac vice* as co-counsel for Mark Starring & Associates, Inc., in this action.

IT IS SO ORDERED this 11th day of March, 2010.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE