# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

WRIGHT MEDICAL GROUP, INC.;                                                PLAINTIFFS
and SURGICAL TECHNOLOGIES, LLC

v.                                  NO. 3:10CV00033 JLH

KEVIN DARR; CHARLES HALL; and
MARK STARRING & ASSOCIATES, INC.                             DEFENDANTS

## ORDER

SEAN BRISTER, counsel for defendants Kevin Darr and Charles Hall in this matter, is hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse in Jonesboro, Arkansas, on Thursday, March 18, 2010, subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 16th day of March, 2010.

                                                                                                                 */s/ J. Leon Holmes*
                                                      J. LEON HOLMES
                                                      UNITED STATES DISTRICT JUDGE