**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WRIGHT MEDICAL GROUP, INC.;                                PLAINTIFFS
and SURGICAL TECHNOLOGIES, LLC

v.                                        NO. 3:10CV00033 JLH

KEVIN DARR; CHARLES HALL; and
MARK STARRING & ASSOCIATES, INC.                          DEFENDANTS

<u>ORDER</u>

BRUCE MCMULLEN and JOANN COSTON-HOLLOWAY, counsel for plaintiff Wright

Medical Group, Inc., in this matter, are hereby authorized to bring a cell phone, laptop computer, or

personal digital assistant into the courthouse in Jonesboro, Arkansas, on Thursday, March 18, 2010,

subject to the following rules:

(a)     The devices mentioned above may not be used to record, photograph, or film anyone

        or anything inside the courthouse.

(b)     Cell phones must be turned off and put away when in the courtroom.

(c)     Wireless internet components of electronic devices must be deactivated when in

        district courtrooms.

(d)     Before persons with electronic devices are granted entry into the courthouse, all

        devices must be examined by the United States Marshals Service or Court Security

        Personnel.  This examination includes, but is not limited to placing the device

        through electronic screening machines and requiring the person possessing the device

        to turn the power to the device off and on.

(e)     The United States Marshals Service may further restrict electronic devices from

        entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.  A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 16th day of March, 2010.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE