**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| WRIGHT MEDICAL GROUP, INC., d/b/a<br>WRIGHT MEDICAL TECHNOLOGY, INC.;<br>and SURGICAL TECHNOLOGIES, LLC | PLAINTIFFS |
| v.           No. 3:10CV00033 JLH | |
| KEVIN DARR; CHARLES HALL; and<br>MARK STARRING & ASSOCIATES, INC. | DEFENDANTS |

**ORDER**

On Thursday, March 18, 2010, court convened in Jonesboro, Arkansas, for a hearing on plaintiffs' Motions for Emergency Injunctive Relief. Documents #2 and #4. Bruce A. McMullen and Joann Coston-Holloway were present for plaintiff Wright Medical Group, Inc.; Martin W. Bowen was present for plaintiff Surgical Technologies, LLC; Michael Sean Brister was present for defendants Kevin Darr and Charles Hall; and Allen C. Dobson and Thomas J. McGoey, II, were present for defendant Mark Starring & Associates, Inc.

For the reasons stated on the record, the plaintiffs' Motions for Emergency Injunctive Relief are denied. Documents #2 and #4. An Initial Scheduling Order will follow entry of this order.

IT IS SO ORDERED this 19th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE