IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WRIGHT MEDICAL GROUP, INC., d/b/a                                    PLAINTIFFS
WRIGHT MEDICAL TECHNOLOGY, INC.;
and SURGICAL TECHNOLOGIES, LLC

v.                                    No. 3:10CV00033 JLH

KEVIN DARR; CHARLES HALL; and
MARK STARRING & ASSOCIATES, INC.                                     DEFENDANTS

## ORDER

It appears to this Court that good cause exists to extend the time within which Plaintiff Wright Medical Group, Inc. d/b/a Wright Medical Technology, Inc. ("Wright Medical) must file its Response to Defendants' Motion for Partial Summary Judgment up to and including July 9, 2010. It is, therefore, ORDERED, ADJUDGED, and DECREED, that the time for Wright Medical to file its Response to Defendants' Motion for Partial Summary Judgment is hereby extended up to and including July 9, 2010.

IT IS SO ORDERED this 24th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE