**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| WRIGHT MEDICAL GROUP, INC., d/b/a<br>WRIGHT MEDICAL TECHNOLOGY, INC.<br>and SURGICAL TECHNOLOGIES, LLC | | PLAINTIFFS |
| v. | Case No. 3:10CV00033 JLH | |
| KEVIN DARR, CHARLES HALL, and<br>MARK STARRING & ASSOCIATES, INC. | | DEFENDANTS |

## ORDER

Wright Medical Group, Inc., has filed a motion for leave to file a sur-reply to defendant Kevin Darr's motion for partial summary judgment. The motion is unopposed. For good cause shown, the motion is GRANTED. Document #50. Wright Medical Group's sur-reply must be filed on or before July 28, 2010.

IT IS SO ORDERED this 21st day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE