**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

WRIGHT MEDICAL GROUP, INC., d/b/a
WRIGHT MEDICAL TECHNOLOGY, INC.
and SURGICAL TECHNOLOGIES, LLC                                PLAINTIFFS

v.                                    Case No. 3:10CV00033 JLH

KEVIN DARR, CHARLES HALL, and
MARK STARRING & ASSOCIATES, INC.                              DEFENDANTS

## ORDER

Before the Court is Wright Medical Group d/b/a Wright Medical Technology, Inc.'s ("Wright Medical") Unopposed Motion for Extension of time to file a Sur-reply on or before August 2, 2010. It appears to the Court that good cause exists to allow Wright Medical to file its Sur-reply on or before August 2, 2010, in response to the motion for partial summary judgment.

It is therefore ordered that Wright Medical may file its Sur-reply to the pending motion for partial summary judgment on or before August 2, 2010.

IT IS SO ORDERED this 28th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE